UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Civil Action No. 26-1368 (AHA) |

**DEFENDANTS' FIRST CONSENT MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants, the Department of Homeland Security and Immigration and Customs Enforcement, by and through undersigned counsel, respectfully files their first motion for extension of time to answer or otherwise respond to Plaintiff's Complaint. Defendants seek a thirty-five-day extension— from June 3 to July 8, 2026. The Parties conferred under Local Civil Rule 7(m). Plaintiff courteously has consented to the relief sought herein. The grounds for this motion are as follows.[1]

Plaintiff filed its Complaint under the Freedom of Information Act ("FOIA") on April 22, 2026. ECF No. 1. The United States Attorney's Office was served with the complaint and summons on May 4, 2026, making Defendants' response due June 3, 2026.

---

[1] The undersigned understands that the Court's Standing Order requires that a motion for extension of time be filed at least four days prior to the deadline. ECF No. 5, ¶ 6.B. The undersigned reached out to Plaintiff's counsel five days ago, albeit late on a Friday, and received Plaintiff's consent today. Upon receipt, the undersigned promptly filed this motion. The undersigned apologizes that this filing is tardy. The undersigned understands that there are good reasons for this rule, regrets any inconvenience caused by this filing, and will endeavor in the future to ensure timely compliance.

Defendants respectfully submit that there is good cause for the requested extension. First, due to matters and competing deadlines in many older, pending cases, undersigned counsel requires additional time to review the Complaint, investigate Plaintiff's claims, and confer with both Defendant agencies. Second, the undersigned also need more time to examine whether this case may be resolved (or the issues in dispute narrowed) without Court intervention. Third, Defendants need sufficient time to ensure internal review of a responsive Court filing consistent with Department of Justice procedures.

This motion is filed in good faith and not for purposes of gaining any unfair advantage through delay. This is Defendants' first request for an extension. There are no other existing deadlines in this case. Finally, it is not anticipated that granting this motion will unduly prejudice Plaintiff (indicated by its consent) nor will it adversely affect this Court's orderly administration of this matter given the very early stages of this case.

For these reasons, Defendants respectfully request that the Court extend the time for Defendants to answer or otherwise respond to the Complaint as set forth in the attached proposed order.

Dated: June 1, 2026
      Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: _____ */s/ Mason D. Bracken* _____
    MASON D. BRACKEN
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2523
    mason.bracken@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELECTRONIC FRONTIER FOUNDATION,

Plaintiff,

v.

DEPARTMENT OF HOMELAND
SECURITY, et al.,

Defendants.

Civil Action No. 26-1368 (AHA)

### [PROPOSED] ORDER

UPON CONSIDERATION of the Defendants' First Consent Motion for Extension of Time to Answer or Otherwise Respond to the Complaint, and for good cause shown, it is hereby:

ORDERED that the motion is GRANTED.

It is further ORDERED that the due date for Defendants' answer or response to the Complaint is extended until July 8, 2026, 2026.

IT IS SO ORDERED.

SIGNED:

_____          _____
Date                             AMIR H. ALI
                                 United States District Judge