UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Civil Action No. 26-1368 (AHA) |

**DEFENDANTS' STATUS REPORT**

Pursuant to the Court's August 2, 2026, Minute Order (ECF No. 5), Defendant Department of Homeland Security ("DHS") and its component Immigration and Customs Enforcement ("ICE"), by and through undersigned counsel, respectfully submit this status report. This case concerns Plaintiff's Freedom of Information Act ("FOIA") request for records submitted on March 13, 2026, its accompanying application for expedited processing, *see* Compl. (ECF No. 1), and Plaintiff's additional request to DHS on June 9, 2026.

Defendants report that the status of Plaintiff's FOIA requests is as follows.

**DHS**

DHS reports that it searched the Office for Civil Rights and Civil Liberties and located 75 records totaling 417 pages. DHS also searched its Office of General Counsel and the Privacy Office. Those searches did not return responsive records.

DHS anticipates making its first production of responsive, nonexempt records on September 30, 2026. DHS anticipates that some records will require consultation with some DHS components due to their equities in the records. DHS anticipates that any records sent for consultation will be processed, and then productions and final responses sent in the subsequent months.

**ICE**

ICE has reviewed its administrative file and has tasked relevant components to search for potentially responsive records to the March 13, 2026, FOIA request. On July 20, 2026, ICE tasked four offices to conduct searches: its Office of the Principal Legal Advisor (OPLA), Enforcement and Removal Operations (ERO), Office of Congressional Relations (OCR), and Homeland Security Investigations (HSI), to search for responsive records.

OCR and OPLA reported that they had no responsive records.

ERO reported that it located 2 records consisting of 13 pages of potentially responsive documents.

HSI has not yet conducted a search for potentially responsive records. Several HSI offices raised concerns regarding the scope of the request. Specifically, these offices are very concerned that the request appears overly broad and is likely to capture a significant volume of records unrelated to Plaintiff's request. Defendant has requested clarification from Plaintiff about the records he is seeking. Between August 10 and August 14, 2026, the Parties have repeatedly conferred via email over the scope of the FOIA request. Those discussions continue.

* * *

ICE intends, once the searches are completed, to process records at a rate of 500 pages per month.

Dated: August 14, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *_/s/ Mason D. Bracken_*
MASON D. BRACKEN
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2523
mason.bracken@usdoj.gov

*Attorneys for the United States of America*