UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Civil Action No. 26-1368 (AHA) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 17, 2026 Minute Order, Plaintiff Electronic Frontier Foundation ("EFF") and Defendants Department of Homeland Security ("DHS") and its component Immigration and Customs Enforcement ("ICE"), by and through undersigned counsel, respectfully submit the Parties' second joint status report. This case concerns Plaintiff's Freedom of Information Act ("FOIA") request for records submitted on March 13, 2026, and its accompanying application for expedited processing. *See* Compl. (ECF No. 1).

**DHS**

DHS made its final production to Plaintiffs on September 29, 2026. DHS reviewed 417 pages, deemed 307 pages nonresponsive, and identified 35 duplicate pages. DHS released 49 pages in part and 26 pages in full. DHS reports that it has completed production. Plaintiff is reviewing the production and plans to confer with DHS regarding the documents deemed nonresponsive and the finality of the agency's production.

**ICE**

ICE made its first production to Plaintiffs of September 29, 2026, processing and releasing 13 pages in full.

In response to the Homeland Security Investigations ("HSI") office of ICE raising concerns about the scope of Plaintiffs' request and the volume of records it initially identified, *see* Defendant's August 14, 2026 Status Report (ECF No. 12), the Parties conferred via video-conference call on September 14, 2026.

HSI reported that with respect to Plaintiff's request seeking the number of administrative subpoenas issued by ICE, with respect to certain categories of administrative subpoenas, since January 20, 2025, it had identified more than 185,000 administrative subpoenas potentially responsive to Plaintiff's request. HSI further reported that with respect to Plaintiffs' request seeking related correspondence between ICE and technology companies and other service providers receiving administrative subpoenas, it had identified more than 90,000 potentially responsive records. During the call, the Parties conferred regarding potential ways to further narrow the number of records that ICE would need to process in response to Plaintiff's request. Plaintiff also provided a written proposal for narrowing on September 21, 2026.

HSI is reviewing Plaintiff's request.

The parties propose that the Court permit them to submit another joint status report in sixty days, on December 2, 2026

Dated: October 2, 2026

Respectfully submitted,

/s/ *Aaron Mackey*
DAVID L. SOBEL
D.C. Bar No. 360418
5335 Wisconsin Avenue, N.W., Suite 640
Washington, DC 20015
(202) 246-6180
sobel@eff.org

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Mason D. Bracken*
MASON D. BRACKEN
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530

AARON MACKEY
D.C. Bar No. 017004
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333
amackey@eff.org

Counsel for Plaintiff

Telephone: (202) 252-2523
mason.bracken@usdoj.gov

Attorneys for the United States of America